# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 996-688

**Effective date of
registration:**

June 9, 2008

## Title

**Title of Work:** INS-7003

**Nature of Work:** Jewelry Design

## Completion/ Publication

**Year of Completion:** 2008

## Author

**Author:** Barry Nisguretsky

**Author Created:** Jewelry design

**Work made for hire:** No

**Citizen of:** United States

**Year Born:** 1966

**Anonymous:** No            **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Barry Nisguretsky

c/o Verragio, 132 W. 36th St, 8th Floor, New York, NY 10018

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Barry Nisguretsky

**Date:** June 12, 2008

