# EXHIBIT C

**CLAIM CHECK**

NAME: [redacted]
ADDRESS: [redacted]
No. 17209
CITY: [redacted]
PHONE: [redacted]
ARTICLE: 14Kt white gold
DATE RECEIVED: 1-29-15
DATE PROMISED:

INSTRUCTIONS:
Please order Romance Halo Semi-Mount setting in 14K gold, size 5½
Product code: 117496-100

THIS STORE IS NOT RESPONSIBLE FOR ARTICLES LEFT OVER 60 DAYS.
NO ARTICLES CAN BE PICKED UP WITHOUT THIS RECEIPT.

TOTAL CHARGES: 1300.-
DATE PICKED UP: Cash     DEPOSIT: 260.-
CUSTOMER'S SIGNATURE: [redacted]     BALANCE: 1040.-

Kiev Hawk Jewelry
The Diamond Store
9131 Bolsa Avenue #203
Westminster, CA 92683
(714) 891-0224

Exhibit C
Page 61