TUCKER ELLIS LLP
Howard A Kroll - SBN 100981
howard.kroll@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:    213.430.3400
Facsimile:    213.430.3409

Attorneys for Plaintiff
VERRAGIO, LTD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERRAGIO, LTD<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KIEU HANH JEWELRY,<br><br>　　　　　Defendant. | Case No. 8:15-cv-0688 CJC (DFMx)<br><br>**REQUEST TO CLERK TO ENTER DEFAULT**<br><br>Hon. Cormac J. Carney |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff Verragio, Ltd. ("Plaintiff"), hereby requests the Clerk of the above-entitled Court enter default in this matter against Defendant Kieu Hanh Jewelry ("Defendant"), on the grounds that Defendant failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

The Summons, Complaint and related documents were served on Defendant on May 5, 2015.

Pursuant to Fed. R. Civ. P. 12(a), Defendant was required to serve its answer within 21 days after being served with the Summons and Complaint. The deadline for Defendants to answer, therefore, was May 26, 2015. Defendant has not filed its answer or any responsive papers.

Plaintiff therefore requests the Clerk of the Court, pursuant to Fed. R. Civ. P. 55(a), enter default against Defendant Kieu Hanh Jewelry.

DATED:  June 2, 2015                    Tucker Ellis LLP


                                        By:    /s/Howard A. Kroll
                                               Howard A Kroll
                                               Attorneys for Plaintiff
                                               VERRAGIO, LTD

1079649.1