TUCKER ELLIS LLP
Howard A Kroll - SBN 100981
howard.kroll@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:     213.430.3400
Facsimile:     213.430.3409

Attorneys for Plaintiff
VERRAGIO, LTD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERRAGIO, LTD<br><br>         Plaintiff,<br><br>    v.<br><br>KIEU HANH JEWELRY,<br><br>         Defendant. | Case No. 8:15-cv-0688 CJC (DFMx)<br><br>**DECLARATION OF BARRY NISGURETSKY IN SUPPORT OF PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT BY COURT**<br><br>DATE:  July 13, 2015<br>TIME:  1:30 p.m.<br>CTRM:  9B<br><br>Hon. Cormac J. Carney |

I, Barry Nisguretsky, declare as follows:

1.  I am the owner of Verragio, Ltd. ("Verragio"), the plaintiff in the matter captioned above. I make this declaration of my personal knowledge, and if called on as a witness could testify competently to each of the following facts.

2.  For over 20 years, I have designed my own jewelry and created exclusive collections from only top quality material. Among my jewelry designs is Insignia-7003. I designed Insignia-7003 in mid-2008. In that same year, I protected Insignia-7003 by obtaining a federal copyright registration from the United States Copyright Office. I am thus the owner of Copyright Registration No. VAu 996-688. A copy of the registration

certificate for Insignia-7003, Copyright Registration No. VAu 996-688, and the deposit copy of Insignia-7003 are attached to this Declaration as Exhibit A. Another view of Insignia-7003 is attached to this declaration as Exhibit B.

3. I have exclusively licensed all of my copyrighted jewelry designs, including Insignia-7003, to Verragio. Since its creation, Insignia-7003 has been manufactured by Verragio, or under its authority.

4. On January 29, 2015, Defendant Kieu Hanh Jewelry ("Kieu Hanh") sold the following ring: Romance Halo Semi-Mount setting in 14k gold; size 5 ½. The product code for this ring is 117490-100 ("Infringing 117490-100 Ring"). A picture identical to the Infringing 117490-100 Ring, but with a center diamond included, is attached to this Declaration as Exhibit C. The Invoice number for the January 29, 2015 purchase is 17209. A copy of the 17209 invoice is attached to this declaration as Exhibit D.

5. Kieu Hanh operates a jewelry business in direct competition with retailers that purchase jewelry from Verragio, and actively solicits and seeks as customers, the same customers as those retailers that purchase jewelry from Verragio.

6. At one time Kieu Hanh was also an authorized Verragio retailer and thus is actually aware of Verragio and its licensed copyrighted jewelry designs.

7. Kieu Hanh has not contacted Verragio at any time during the pendency of this Action, and Verragio has had no opportunity to inspect any evidence Kieu Hanh may possess.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at New York, New York, this 30th day of June, 2015.

Barry Nisguretsky

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**
VAu 996-688

**Effective date of registration:**
June 9, 2008

---

### Title
**Title of Work:** INS-7003
**Nature of Work:** Jewelry Design

### Completion/ Publication
**Year of Completion:** 2008

### Author
- **Author:** Barry Nisguretsky
- **Author Created:** Jewelry design
- **Work made for hire:** No
- **Citizen of:** United States
- **Year Born:** 1966
- **Anonymous:** No  **Pseudonymous:** No

### Copyright claimant
**Copyright Claimant:** Barry Nisguretsky
c/o Verragio, 132 W. 36th St, 8th Floor, New York, NY 10018

### Limitation of copyright claim
**Previously registered:** No

### Certification
**Name:** Barry Nisguretsky
**Date:** June 12, 2008

---



EXHIBIT A
PAGE 4

**EXHIBIT B**



EXHIBIT B
PAGE 5

**EXHIBIT C**



EXHIBIT C
PAGE 6

# EXHIBIT D

**CLAIM CHECK**

No. 17209

RECEIVED: 1-29-15

INSTRUCTIONS: 14Kt W., to make[?]

Please order Romance Halo Semi-Mount setting in 14K gold; size 5½
Product code: 117490-100

THIS STORE IS NOT RESPONSIBLE FOR ARTICLES LEFT OVER 60 DAYS.
NO ARTICLES CAN BE PICKED UP WITHOUT THIS RECEIPT.

TOTAL CHARGES: 1,300 —
DEPOSIT: 260 —  Cash
BALANCE: 1,040 —

Kieu Hanh Jewelry
The Diamond Store
9131 Bolsa Avenue #203
Westminster, CA 92683
(714) 891-0224

EXHIBIT D
PAGE 7

# CERTIFICATE OF SERVICE

I certify that on July 1, 2015, a true and correct copy of the foregoing was filed with the Court and served electronically. The Notice of Electronic Case Filing automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Central District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

I further certify that the following party was served by U.S. Mail:

Kieu Hanh Jewelry
9131 Bolsa Avenue, Suite 203
Westminster, CA 92683

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on July 1, 2015 at Los Angeles, California.

/s/Susan Lovelace