Thomas I. Rozsa, State Bar No. 080615
Zsofia Nemeth, State Bar No. 298240
**ROZSA LAW GROUP LC**
18757 Burbank Boulevard, Suite 220
Tarzana, California 91356-3346
Telephone (818) 783-0990
Facsimile (818) 783-0992
email: counsel@rozsalaw.com

Attorney for Defendant and
Counterclaimant Kieu Hanh Trading, Inc.
doing business as Kieu Hanh Jewelry
(erroneously sued as Kieu Hanh Jewelry)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA (SOUTHERN DIVISION)

| | |
|---|---|
| VERRAGIO, LTD., | **CASE NO.: 8:15-cv-00688-CJC-DFM** |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| KIEU HANH JEWELRY, | |
| Defendant. | |
| KIEU HANH TRADING, INC., doing business as KIEU HANH JEWELRY, | |
| Counterclaimant, | |
| vs. | |
| VERRAGIO, LTD., | |
| Counterclaim Defendant. | |

TO THE COURT:

PLEASE TAKE NOTICE, pursuant to Local Rule 16-15.7, that Plaintiff–Counterclaim Defendant Verragio, Ltd. has reached a resolution with Defendant–Counterclaimant Kieu Hanh Trading, Inc., erroneously sued as Kieu Hanh Jewelry in this action. This resolution will resolve this matter in its entirety. The parties are currently working to finalize the settlement agreement relating to this resolution. The parties expect to file a dismissal within twenty-one (21) days. Therefore, the parties respectfully request that the current hearings, dates, and deadlines be vacated so that the parties can finalize performance of the terms of the agreement and file the dismissal.

Pursuant to Local Rule 5-4.3.4(a)(2), counsel for Defendant – Counterclaimant attests that counsel for Plaintiff – Counterclaim Defendant concurs in the content of this Notice of Settlement and has authorized its filing with his electronic signature.

Dated: March 31, 2016         TUCKER ELLIS LLP

                              By:   /s/ Howard A. Kroll
                                    Howard Kroll
                                    Attorney for Plaintiff and
                                    Counterclaim Defendant
                                    Verragio, Ltd.

Dated: March 31, 2016         ROZSA LAW GROUP L.C.

                              By:   /s/ Thomas I. Rozsa
                                    Thomas I. Rozsa
                                    Zsofia Nemeth
                                    Attorneys for Defendant and Counterclaimant
                                    Kieu Hanh Trading, Inc. d/b/a Kieu Hanh Jewelry

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

## PROOF OF SERVICE

I declare that I am over the age of eighteen (18) years and not a party to this action. My business address is 18757 Burbank Boulevard, Suite 220, Tarzana, California 91356-3346.

On March 31, 16, I have served on the parties or their counsel shown below, the following documents described as:

| Howard A. Kroll, Esq.<br>Tucker Ellis LLP<br>515 South Flower Street<br>Forty-Second Floor<br>Los Angeles, CA 90071-2223<br>Facsimile: (213) 430-3400<br>[howard.kroll@tuckerellis.com] | Attorneys for Plaintiff Verragio, Ltd. |
|---|---|

[ ]  **BY MAIL.** I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service. Under that practice the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. Under that practice, the envelope(s) was (were) sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date by first class mail at Tarzana, California addressed as set forth below.

[ ]  **BY FEDERAL EXPRESS.** I placed the document(s) listed above with fees thereon fully prepaid for deposit with Federal Express (next business day delivery), this same day following ordinary business practices to the address(es) set forth below.

[ ]  **BY FACSIMILE TRANSMISSION.** I caused the above-referenced document to be transmitted by facsimile to its intended recipient(s) at the following facsimile number:

[ X ]  **BY E-MAIL.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) indicated above through the Court's ECF service.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on March 31, 16 at Tarzana, California.

/s/ Zsofia Nemeth
Zsofia Nemeth