TUCKER ELLIS LLP
Howard A Kroll - SBN 100981
howard.kroll@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:      213.430.3400
Facsimile:      213.430.3409

Attorneys for Plaintiff and
Counterdefendant VERRAGIO, LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERRAGIO, LTD<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KIEU HANH JEWELRY,<br><br>　　　　Defendant.<br><br>KIEU HANH TRADING, INC., doing business as KIEU HANH JEWELRY,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>VERRAGIO, LTD.,<br><br>　　　　Counterdefendant. | Case No. 8:15-cv-0688 CJC (DFMx)<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST KIEU HANH JEWELRY** |

Plaintiff Verragio, Ltd. ("Verragio"), and Defendant Kieu Hanh Trading, Inc., doing business as Kieu Hanh Jewelry ("Kieu Hanh"), have entered into a confidential settlement agreement to resolve this matter. As part of this agreement, Verragio and Kieu Hanh agree to the entry of this Consent Judgment and Permanent Injunction against Kieu Hanh.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. This case is a civil action arising under the Copyright Act, 17 U.S.C. §§ 101, *et seq*. This Court has jurisdiction over these claims under 17 U.S.C. § 501, and 28 U.S.C. §§ 1331 and 1338(a).

2. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and 1400(a).

3. Verragio is a New York corporation with its principal place of business at 330 Fifth Avenue, 5th Floor, New York, NY 10001.

4. Kieu Hanh has its principal place of business at 9131 Bolsa Avenue, Suite 203, Westminster, California 92683.

5. At all relevant times, Verragio complied in all respects with the Copyright Acts, 17 U.S.C. § 101, *et seq.*, and secured the exclusive rights and privileges in and to the copyrights of Insignia-7003 (VAu 996-688), Insignia-7047 (VA 1-798-116), and Venetian-5001R (VAu 1-049-916) (collectively the "Verragio Copyrights"). Copies of the Certificates of Registration from the Register of Copyrights for the Verragio Copyrights, as well as the deposit copies of the Verragio Copyrights, are attached to this Consent Judgment as Exhibit A.

6. The Verragio Copyrights are valid, strong and enforceable.

7. Kieu Hanh and Kieu Hanh's officers, directors, employees, representatives, agents, successors-in-interest, parent corporations, subsidiary corporations, legal entities or persons controlled by Kieu Hanh, and all other persons who are in active concert or participation with them, are hereby permanently enjoined from:

      a.    Copying or making unauthorized use of, or engaging in any unauthorized distribution of products protected by the Verragio Copyrights or rings that are substantially similar to the Verragio Copyrights;

      b.    Selling, distributing, advertising, manufacturing or purchasing from Kim International Manufacturing L.P. ("Kim") or from any other source any and all variants within Kim Ring Style Nos. 115076, 115077, 115078, 115079, 115081, 115082, 115172, 115177, 115188, 115189, 116017, 117482, 117490, 117491, 117540, 117541, 117542, 117543, 117544, 117545, 117660, 117803, 117804, 117805, 118267, 118268, 118269, 118270 and 118271 (collectively, the "Kim Rings") or any rings substantially similar to the Kim Rings; and

      c.    Knowingly assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs 7(a) through 7(b) above.

8.    Within thirty days of the date of this Order, Kieu Hanh shall destroy any of the Kim Rings in its possession.

9.    The parties waive notice of entry of this Consent Judgment and Permanent Injunction and the right to appeal therefrom or to test its validity and consent to its immediate entry in accordance with its terms. This Court expressly retains jurisdiction over this matter to enforce, implement or construe this Consent Judgment and Permanent Injunction.

SO ORDERED.

DATED: _____      _____
                                                  United States District Judge

The individuals executing this Consent Judgment and Permanent Injunction represent or confirm that they are duly authorized to do so, and are similarly authorized to bind their respective clients to this Consent Judgment and Permanent Injunction.

CONSENTED TO:

DATED:   April 15, 2016                         Tucker Ellis LLP

                                                By:   /s/Howard A. Kroll
                                                      Howard A Kroll
                                                      Attorneys for Plaintiff and
                                                      Counterdefendant VERRAGIO,
                                                      LTD.

DATED:   April 15, 2016                         Rozsa Law Group LC

                                                By:   /s/Thomas I. Rozsa*
                                                      Thomas I. Rozsa
                                                      Attorneys for Defendant and
                                                      Counterclaimant KIEU HANH
                                                      TRADING, INC. doing business as
                                                      KIEU HANH JEWELRY

*Pursuant to Local Rule 5-4.3.4(a)(2), the filing party attests that Defendant and Countercomplainant's counsel concurs in the content of this Consent Judgment and has authorized its filing with his electronic signature.

1145257.2