# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 996-688

**Effective date of registration:**

June 9, 2008

---

## Title

**Title of Work:** INS-7003

**Nature of Work:** Jewelry Design

## Completion/ Publication

**Year of Completion:** 2008

## Author

■ **Author:** Barry Nisguretsky

**Author Created:** Jewelry design

**Work made for hire:** No

**Citizen of:** United States

**Year Born:** 1966

**Anonymous:** No          **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Barry Nisguretsky

c/o Verragio, 132 W. 36th St, 8th Floor, New York, NY 10018

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Barry Nisguretsky

**Date:** June 12, 2008

---

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-798-116

**Effective date of
registration:**

January 3, 2012

## Title

**Title of Work:** INS-7047

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** January 4, 2010    **Nation of 1st Publication:** United States

## Author

■   **Author:** Barry Nisguretsky

**Author Created:** jewelry design

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Barry Nisguretsky

132 West 36th street, New York

## Certification

**Name:** Barry Nisguretsky

**Date:** January 3, 2012



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VAu 1-049-916

**Effective date of registration:**

December 8, 2010

## Title

Title of Work: AFN-5001R

## Completion/Publication

Year of Completion: 2010

## Author

■  Author: Barry Nisguretsky

Author Created: jewelry design

Work made for hire: No

Citizen of: United States                    Domiciled in: United States

Year Born: 1966

## Copyright claimant

Copyright Claimant: Barry Nisguretsky

132 west 36th street, 8th floor, new york, NY, 10018, United States

## Rights and Permissions

Organization Name: Verragio

Name: Barry Nisguretsky

Email: verragio@gmail.com                    Telephone: 212-868-8181

Address: 132 west 36th street

8th floor

new york, NY 10018  United States

## Certification

Name: Barry NIsguretsky

Date: November 30, 2010

Page 1 of 1

